UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARL H. LLOYD,

        Plaintiff,

-vs-                                  Case No. 3:08-cv-1068-J-34HTS

MICHAEL J. ASTRUE, Commissioner of
Social Security,

        Defendant.

---

## ORDER

**THIS CAUSE** is before the Court on Magistrate Judge Howard T. Snyder's Report and Recommendation (Dkt. No. 6; Report and Recommendation), entered November 26, 2008, recommending that this case be transferred to the United States District Court for the Southern District of Georgia. See Report and Recommendation at 2. Plaintiff failed to file objections and the time in which to do so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If specific objections to findings of facts are timely filed, the district court will conduct a _de novo_ review of those facts. Id.; LoConte v. Dugger, 847 F.2d 745, 750 (11th Cir. 1988). Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report and Recommendation, it is hereby

**ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (Dkt. No. 6) is **ADOPTED** as the opinion of the Court.

2. The Clerk of the Court is directed to **TRANSFER** this case to the United States District Court for the Southern District of Georgia, Statesboro Division, and to transmit a certified copy of this Order to the clerk of that court.

3. The Clerk of the Court is further directed to close this case and terminate any remaining deadlines or pending motions as moot.

**DONE AND ORDERED** in Jacksonville, Florida, this 17th day of December, 2008.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record