# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| CARL H. LLOYD, | ) |
| | ) |
| Claimant, | ) |
| | ) |
| v. | ) Case No. CV608-114 |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF THE SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

The Court ordered social security claimant Lloyd to show cause why his case should not be dismissed for failing to comply with a prior order that directed him to submit a brief in support of his social security appeal. (Doc. 23.) Claimant was permitted 15 days to comply, yet after nearly a month, he has not responded. Pursuant to the Court's inherent power to police its docket, claimant's case should be **DISMISSED** for failing obey this Court's Order. Local Rule 41(b) (authorizing dismissal for neglect of any Court order); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No.

CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this <u>3rd</u> day of September, 2009.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA